UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: RAYMER, JOETTA L | § | Case No. 12-81916 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/04/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 01/24/2013        By: /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: RAYMER, JOETTA L § Case No. 12-81916
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,600.00 |
| and approved disbursements of | $ 3,970.00 |
| leaving a balance on hand of [1] | $ 2,630.00 |

**Balance on hand:**  $ 2,630.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,630.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 973.75 | 0.00 | 973.75 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 200.00 | 0.00 | 200.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 62.25 | 0.00 | 62.25 |

Total to be paid for chapter 7 administration expenses: $ 1,236.00
Remaining balance: $ 1,394.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,394.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,394.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,138.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 163.41 | 0.00 | 14.12 |
| 2 | GE Capital Retail Bank | 2,141.41 | 0.00 | 184.97 |
| 3 | Cavalry Portfolio Services | 614.53 | 0.00 | 53.08 |
| 4 | Capital One Bank (USA), N.A. | 1,674.31 | 0.00 | 144.62 |
| 5 | Quantum3 Group LLC as agent for | 671.18 | 0.00 | 57.98 |
| 6 | Quantum3 Group LLC as agent for | 1,127.04 | 0.00 | 97.35 |
| 7 | Portfolio Recovery Associates, LLC | 1,017.54 | 0.00 | 87.89 |
| 8 | Portfolio Recovery Associates, LLC c/o Metris | 761.81 | 0.00 | 65.80 |
| 9 | American InfoSource LP as agent for | 1,110.42 | 0.00 | 95.92 |
| 10 | American InfoSource LP as agent for | 3,591.93 | 0.00 | 310.27 |

UST Form 101-7-NFR (10/1/2010)

| 11 | American InfoSource LP as agent for | 2,264.65 | 0.00 | 282.00 |

|   |   | Total to be paid for timely general unsecured claims: | $ | 1,394.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                               Case No. 12-81916-TML
Joetta L Raymer                                                      Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-3         User: kkrystave             Page 1 of 3             Date Rcvd: Feb 05, 2013
                             Form ID: pdf006             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2013.
db           +Joetta L Raymer,    441 Wyoming Ave,    Paw Paw, IL 61353-9591
18904213      Acs/dept Of Ed,    C/o Acs,   Utica, NY 13501
19174654      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
18904216     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18904217     +Collection Professionals Inc,    1256 W Jefferson,    Suite 200,   Joliet, IL 60435-6889
18904219     +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
18904220     +First Usa Bank N A,    1001 Jefferson Plaza,   Wilmington, DE 19801-1447
18904227     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
18904228     +Hsbc Nv,    Attention: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
18904229     +Hsbc/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,   Carol Stream, IL 60197-5263
18904231    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541)
19310070     +Portfolio Recovery Associates, LLC c/o Metris,     POB 41067,   Norfolk VA 23541-1067
18904233     +Texaco / Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
              Kansas City, MO 64195-0363
18904234     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
18904235     +Wfnnb/maurices,    Attention: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19455491      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2013 02:53:57
              American InfoSource LP as agent for,    Asset Acceptance,
              as assignee of NAVY FEDERAL CREDIT UNION,    PO Box 248838,   Oklahoma City, OK 73124-8838
19455490      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2013 02:30:12
              American InfoSource LP as agent for,    Asset Acceptance,   as assignee of GEMB/ PREFERRED VET,
              PO Box 248838,   Oklahoma City, OK 73124-8838
18904214     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 06 2013 02:19:48        Asset Acceptance Llc,
              Attn: Bankruptcy,    Po Box 2036,   Warren, MI 48090-2036
18904215     +E-mail/Text: bankruptcy@cavps.com Feb 06 2013 03:13:20        Calvary Portfolio Services,
              Attention: Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
19153682     +E-mail/Text: bankruptcy@cavps.com Feb 06 2013 03:13:20        Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
19125835      E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2013 02:29:20        GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18904221      E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:29:41        GE Money Bank/Lowe's Consumer,
              PO Box 530914,    Atlanta, GA 30353-0914
18904222     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:28:39        GEMB / HH Gregg,
              Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
18904223     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:33:43        GEMB / Old Navy,   Attention: GEMB,
              Po Box 103104,    Roswell, GA 30076-9104
18904224     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:33:43        Gemb/JC Penny,
              Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
18904225     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:31:07        Gemb/sams Club Dc,   Gemb Finance,
              Po Box 103104,    Roswell, GA 30076-9104
18904226     +E-mail/Text: bankruptcy@hraccounts.com Feb 06 2013 02:18:55        H & R Accounts Inc,
              P.O. Box 672,    Moline, IL 61266-0672
18904230     +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 06 2013 02:18:13        Navy Federal Cr Union,
              820 Follin Lane,    Vienna, VA 22180-4907
19265847      E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2013 02:24:34
              Quantum3 Group LLC as agent for,    World Financial Network Bank,   PO Box 788,
              Kirkland, WA 98083-0788
18904232     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2013 02:33:43        Sams Club / GEMB,
              Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
                                                                                                 TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19308917*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Sams Club,   POB 41067,
              Norfolk VA 23541)
18904218    ##+Fashion Bug,    PO Box 84073,   Columbus, GA 31908-4073
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: kkrystave          Page 2 of 3          Date Rcvd: Feb 05, 2013
                              Form ID: pdf006          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave            Page 3 of 3                  Date Rcvd: Feb 05, 2013
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2013 at the address(es) listed below:

```
          Jason   Blust    on behalf of Debtor Joetta L Raymer NDILnotices@maceybankruptcylaw.com,
           CourtNotice@maceybankruptcylaw.com;jblust@maceybankruptcylaw.com;bk@maceybankruptcylaw.com;G1396@
           notify.cincompass.com
          Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```