# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | |
|---|---|
| In re: RAYMER, JOETTA L | § Case No. 12-81916 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,217.00           Assets Exempt: $6,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,394.00     Claims Discharged
                                                      Without Payment: $15,048.27

Total Expenses of Administration: $2,501.00

---

    3) Total gross receipts of $ 6,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,705.00 (see **Exhibit 2**), yielded net receipts of $3,895.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,501.00 | 2,501.00 | 2,501.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,331.00 | 16,138.27 | 16,138.27 | 1,394.00 |
| **TOTAL DISBURSEMENTS** | $15,331.00 | $18,639.27 | $18,639.27 | $3,895.00 |

4) This case was originally filed under Chapter 7 on May 14, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/30/2013          By: /s/MEGAN G. HEEG
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trailer owned jointly with estranged husband. | 1129-000 | 6,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of Wade P. Raymer | one-half of proceeds of sale of trailer per court order of 9/17/12 | 8500-002 | 2,705.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,705.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 973.75 | 973.75 | 973.75 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 200.00 | 200.00 | 200.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 62.25 | 62.25 | 62.25 |
| Action Auctioneering | 3610-000 | N/A | 1,190.00 | 1,190.00 | 1,190.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,501.00 | $2,501.00 | $2,501.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 7100-000 | 163.00 | 163.41 | 163.41 | 14.12 |
| 2 | GE Capital Retail Bank | 7100-000 | 2,141.00 | 2,141.41 | 2,141.41 | 184.97 |
| 3 | Cavalry Portfolio Services | 7100-000 | 594.00 | 614.53 | 614.53 | 53.08 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 1,632.00 | 1,674.31 | 1,674.31 | 144.62 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 671.00 | 671.18 | 671.18 | 57.98 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | 1,127.00 | 1,127.04 | 1,127.04 | 97.35 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 0.00 | 1,017.54 | 1,017.54 | 87.89 |
| 8 | Portfolio Recovery Associates, LLC c/o Metris | 7100-000 | 762.00 | 761.81 | 761.81 | 65.80 |
| 9 | American InfoSource LP as agent for | 7100-000 | 1,083.00 | 1,110.42 | 1,110.42 | 95.92 |
| 10 | American InfoSource LP as agent for | 7100-000 | 3,593.00 | 3,591.93 | 3,591.93 | 310.27 |
| 11 | American InfoSource LP as agent for | 7100-000 | 3,261.00 | 3,264.69 | 3,264.69 | 282.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | H & R Accounts Inc | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Menards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Texaco / Citibank Citicorp Credit Services/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank/Lowe's Consumer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Nv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Professionals Inc | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Acs/dept Of Ed C/o Acs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,331.00 | $16,138.27 | $16,138.27 | $1,394.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-81916  
**Case Name:** RAYMER, JOETTA L  
**Period Ending:** 04/30/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/14/12 (f)  
**§341(a) Meeting Date:** 06/15/12  
**Claims Bar Date:** 10/01/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account with First State Bank of Mendot<br>Orig. Asset Memo: Orig. Description: Checking account with First State Bank of Mendota | 100.00 | 0.00 | | 0.00 | FA |
| 2  Savings account with First State Bank of Mendota<br>Orig. Asset Memo: Orig. Description: Savings account with First State Bank of Mendota | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  Checking account with Wells Fargo.<br>Orig. Asset Memo: Orig. Description: Checking account with Wells Fargo. | 50.00 | 0.00 | | 0.00 | FA |
| 4  Savings account with Wells Fargo.<br>Orig. Asset Memo: Orig. Description: Savings account with Wells Fargo. | 15.00 | 0.00 | | 0.00 | FA |
| 5  Miscellaneous used household goods<br>Orig. Asset Memo: Orig. Description: Miscellaneous used household goods | 800.00 | 0.00 | | 0.00 | FA |
| 6  CDs and Books<br>Orig. Asset Memo: Orig. Description: CDs and Books | 50.00 | 0.00 | | 0.00 | FA |
| 7  Personal used clothing<br>Orig. Asset Memo: Orig. Description: Personal used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8  IMRF through Employer<br>Orig. Asset Memo: Orig. Description: IMRF through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 9  2011 Tax Refund of $4008 has been recieved and s<br>Orig. Asset Memo: Orig. Description: 2011 Tax Refund of $4008 has been recieved and spent on living expenses and legal fees. | 0.00 | 0.00 | | 0.00 | FA |
| 10  2000 Ford Expedition, 220,000 miles<br>Orig. Asset Memo: Orig. Description: 2000 Ford Expedition, 220,000 miles | 2,724.00 | 0.00 | | 0.00 | FA |
| 11  2000 Mercury Cougar, 135k miles.<br>Orig. Asset Memo: Orig. Description: 2000 Mercury Cougar, 135k miles. | 2,196.00 | 0.00 | | 0.00 | FA |
| 12  Trailer owned jointly with estranged husband. | 5,000.00 | 6,600.00 | | 6,600.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81916  
**Case Name:** RAYMER, JOETTA L  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/14/12 (f)  
**§341(a) Meeting Date:** 06/15/12  

**Period Ending:** 04/30/13  
**Claims Bar Date:** 10/01/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: Trailer owned jointly with estranged husband. |  |  |  |  |  |
| 13 | 1998 Chevy Cavalier, 130k miles. Car is co-owned<br>Orig. Asset Memo: Orig. Description: 1998 Chevy Cavalier, 130k miles. Car is co-owned with daugther, Brittney Raymer | 782.00 | 0.00 |  | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$13,217.00** | **$6,600.00** |  | **$6,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 30, 2013        **Current Projected Date Of Final Report (TFR):** January 24, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81916  
**Case Name:** RAYMER, JOETTA L  

**Taxpayer ID #:** **-***9787  
**Period Ending:** 04/30/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/12 | {12} | Action Auctioneering | Proceeds from sale of trailer | 1129-000 | 6,600.00 | | 6,600.00 |
| 10/30/12 | 101 | Action Auctioneering | Auctioneer commission and expenses for sale of trailer | 3610-000 | | 1,190.00 | 5,410.00 |
| 10/30/12 | 102 | Bankruptcy Estate of Wade P. Raymer | one-half of proceeds of sale of trailer per court order of 9/17/12 | 8500-002 | | 2,705.00 | 2,705.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,680.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,655.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,630.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 2,630.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,600.00 | 6,600.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,630.00 | |
| | | | **Subtotal** | | 6,600.00 | 3,970.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,600.00** | **$3,970.00** | |

{} Asset reference(s)

Printed: 04/30/2013 11:52 AM     V.13.13

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-81916 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | RAYMER, JOETTA L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****165766 - Checking Account |
| Taxpayer ID #: | **-***9787 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/30/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,630.00 | | 2,630.00 |
| 03/19/13 | 10103 | MEGAN G. HEEG | Dividend paid 100.00% on $973.75, Trustee Compensation;  Reference: | 2100-000 | | 973.75 | 1,656.25 |
| 03/19/13 | 10104 | Ehrmann Gehlbach Badger  Lee & Considine, LLC | Dividend paid 100.00% on $200.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 200.00 | 1,456.25 |
| 03/19/13 | 10105 | Ehrmann Gehlbach Badger Lee  & Considine, LLC | Dividend paid 100.00% on $62.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 62.25 | 1,394.00 |
| 03/19/13 | 10106 | GE Capital Retail Bank | Dividend paid  8.63% on $163.41; Claim# 1; Filed: $163.41; Reference: XXXXXXXXXXXX4946 | 7100-000 | | 14.12 | 1,379.88 |
| 03/19/13 | 10107 | GE Capital Retail Bank | Dividend paid  8.63% on $2,141.41; Claim# 2; Filed: $2,141.41; Reference: XXXXXXXXXXXX1529 | 7100-000 | | 184.97 | 1,194.91 |
| 03/19/13 | 10108 | Cavalry Portfolio Services | Dividend paid  8.63% on $614.53; Claim# 3; Filed: $614.53; Reference: XXXX1472 | 7100-000 | | 53.08 | 1,141.83 |
| 03/19/13 | 10109 | Capital One Bank (USA), N.A. | Dividend paid  8.63% on $1,674.31; Claim# 4; Filed: $1,674.31; Reference: XXXXXXXXXXXX4324 | 7100-000 | | 144.62 | 997.21 |
| 03/19/13 | 10110 | Quantum3 Group LLC as agent for | Dividend paid  8.63% on $671.18; Claim# 5; Filed: $671.18; Reference: XXXXXXXXXXXX5252 | 7100-000 | | 57.98 | 939.23 |
| 03/19/13 | 10111 | Quantum3 Group LLC as agent for | Dividend paid  8.63% on $1,127.04; Claim# 6; Filed: $1,127.04; Reference: XXXXXX4362 | 7100-000 | | 97.35 | 841.88 |
| 03/19/13 | 10112 | Portfolio Recovery Associates, LLC | Dividend paid  8.63% on $1,017.54; Claim# 7; Filed: $1,017.54; Reference: XXXXXXXXXXXX7810 | 7100-000 | | 87.89 | 753.99 |
| 03/19/13 | 10113 | Portfolio Recovery Associates, LLC c/o Metris | Dividend paid  8.63% on $761.81; Claim# 8; Filed: $761.81; Reference: XXXXXXXXXXXX2353 | 7100-000 | | 65.80 | 688.19 |
| 03/19/13 | 10114 | American InfoSource LP as agent for | Dividend paid  8.63% on $1,110.42; Claim# 9; Filed: $1,110.42; Reference: XXXXX8387 | 7100-000 | | 95.92 | 592.27 |
| 03/19/13 | 10115 | American InfoSource LP as agent for | Dividend paid  8.63% on $3,591.93; Claim# 10; Filed: $3,591.93; Reference: XXXXXXXXXXXX0471 | 7100-000 | | 310.27 | 282.00 |
| 03/19/13 | 10116 | American InfoSource LP as agent for | Dividend paid  8.63% on $3,264.69; Claim# 11; Filed: $3,264.69; Reference: XXXXXXXXXXXX4949 | 7100-000 | | 282.00 | 0.00 |

Subtotals :      $2,630.00        $2,630.00

{} Asset reference(s)

Printed: 04/30/2013 11:52 AM     V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-81916  
**Case Name:** RAYMER, JOETTA L  

**Taxpayer ID #:** **-***9787  
**Period Ending:** 04/30/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****165766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,630.00 | 2,630.00 | $0.00 |
| | | | Less: Bank Transfers | | 2,630.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,630.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,630.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******83-66** | 6,600.00 | 3,970.00 | 0.00 |
| **Checking # ****165766** | 0.00 | 2,630.00 | 0.00 |
| | $6,600.00 | $6,600.00 | $0.00 |

{} Asset reference(s)                                                                     Printed: 04/30/2013 11:52 AM    V.13.13